-FILED-
MAY 22 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:26 cr 89 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| DANIEL TRAVANTI MUIR | ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about November 7, 2025, in the Northern District of Indiana,

**DANIEL TRAVANTI MUIR,**

defendant herein, in connection with the acquisition of a firearm from Federal Firearm Licensee #1, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the firearm dealer, which statement was intended and likely to deceive the dealers with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record indicating he was not under indictment or information for a felony, whereas in truth and in fact, he knew he was under indictment or information for a felony,

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

On or about November 7, 2025, in the Northern District of Indiana,

**DANIEL TRAVANTI MUIR,**

defendant herein, knowingly made a false statement and representation to Federal Firearms Licensee #1, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record that he was not under indictment or information for a felony, whereas in truth and in fact, he knew he was under indictment or information for a felony,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

ADAM L. MILDRED
United States Attorney

By: */s/Caitlin M. Padula*
Caitlin M. Padula
Assistant United States Attorney