**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

Plaintiff,

v. **Case No.** 2:26 CR 89

**DANIEL TRAVANTI MUIR**

Defendant.

**MOTION TO CONTINUE ARRAIGNMENT HEARING**

Comes now the defendant, by counsel, and moves the Court for an Order continuing the Arraignment hearing currently scheduled for September 2, 2026, at 12:30 p.m. for a period of no less than seven (7) days. In support of this motion, the defendant would show the following:

1. The defendant is charged in a Two Count Indictment filed on May 22, 2026, with violations of 18 US.C. § 922(a)(6) and 18 US.C. § 924(a)(1)(A).

2. An arraignment hearing is currently scheduled before Magistrate Judge John E. Martin on September 2, 2026, at 12:30 p.m.

3. The undersigned counsel is currently scheduled to be out of the office from August 31, 2026, through September 8, 2026, for a previously scheduled vacation.

4. The defendant has been released on $20,000 unsecured bond.

5. The request for continuance is made with the consent and agreement of the defendant.

6. The government, by Assistant United States Attorney Caitlin Padula, has no objection to this motion.

WHEREFORE, the defendant, by counsel, moves the Court for an Order continuing the Arraignment hearing currently scheduled for September 2, 2026, at 12:30 p.m. for a period of no less than seven (7) days.

*Date:* August 26, 2026

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By: s/ Peter L. Boyles
Peter L. Boyles
2929 Carlson Drive, Suite 101
Hammond, Indiana 46323
Phone: (219) 937-8020
Email: Peter_Boyles@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

s/ Peter L. Boyles