**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:26-CR-00089-PPS-JEM-1 |
| | ) | |
| DANIEL TRAVANTI MUIR | ) | |

**PROPOSED ORDER**

CAME ON the motion of Mr. Muir to hold the arraignment, currently scheduled for September 14, 2026, at 11:30 a.m. Central Time, via video teleconference. This Court has considered said motion, which is herein and hereby:

_____GRANTED; Mr. Muir's arraignment will be held via video teleconference.

_____DENIED.

It is so ordered.