**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:26-CR-00089-PPS-JEM-1 |
| | ) | |
| DANIEL TRAVANTI MUIR | ) | |

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND EXTEND ALL ASSOCIATED DEADLINES AND HEARINGS**

Mr. DANIEL TRAVANTI MUIR, pursuant to 18 U.S.C. § 3161(h), respectfully moves this Court to continue the jury trial that is currently set for November 23, 2026, and extend all associated deadlines and hearings, for a period of not less than ninety days.

**I. Relevant Procedural History**

On May 22, 2026, a federal grand jury in this district indicted Mr. Muir, charging him with one count of false and fictitious statement in the acquisition of a firearm on Form 4473 in violation of 18 U.S.C. § 922(a)(6) (Count One), and one count of false statement to a licensed firearms dealer in violation of 18 U.S.C. § 924(a)(1)(A) (Count Two). (Indictment, ECF No. 1.)

On September 11, 2026, Mr. Serguel Mawuko Akiti, Esq. filed a motion for admission *pro hac vice* for Mr. Muir. (Mot. for Admission to Practice *Pro Hac Vice*,

ECF No. 14.) On that same day, this Court granted Mr. Akiti's motion. (Order, ECF No. 16.)

On September 14, 2026, this Court set a jury trial for November 23, 2026. (Order, ECF No. 20.)

## II. Factual Assertions

On September 14, 2026, this Court accepted Mr. Muir's oral waiver of speedy trial. Mr. Muir consents to this continuance.

Mr. Muir only recently retained his attorney of record, Mr. Akiti. As such, Mr. Akiti has not yet had time to receive or review discovery. Mr. Akiti anticipates it will take an additional ninety days to obtain discovery, review it, and either prepare for trial or negotiate a pretrial resolution.

## III. Memorandum of Law

The Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, excludes from the time in which a trial must commence:

> . . . . [a]ny period of delay resulting from a continuance granted by any judge . . . at the request of the defendant . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial . . . . The factors, among others, which [this Court] shall consider in determining whether to grant a continuance [include] . . . [w]hether the failure to grant . . . a continuance . . . would deny counsel for the defendant or . . . the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(7)(A); (B)(iv). Mr. Muir submits that the ends of justice served by a ninety-day continuance will outweigh his and the public's interest in a speedy trial, considering that all parties have exercised due diligence in their preparations thus far, and denying said continuance would deprive Mr. Akiti of the necessary time for effective trial preparation due to his recent retention. *Id.*

**IV. Opposing Party's Position**

The Government <u>does not</u> oppose a continuance.

**V. Conclusion**

Mr. Muir, based on the foregoing factual assertions and argument, prays that this Court continue the jury trial and extend all associated deadlines for a period of not less than ninety days.

Date: September 22, 2026

Respectfully submitted,

*s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorney for Defendant
Daniel Travanti Muir

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:26-CR-00089-PPS-JEM-1 |
| | ) | |
| DANIEL TRAVANTI MUIR | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND EXTEND ALL ASSOCIATED DEADLINES AND HEARINGS with the Clerk of the United States District Court for the Northern District of Indiana by way of the CM/ECF system, which will automatically serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: September 22, 2026

Respectfully Submitted,

*s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com