**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:26-CR-00089-PPS-JEM-1 |
| | ) | |
| DANIEL TRAVANTI MUIR | ) | |

**PROPOSED ORDER**

CAME ON the motion of Mr. Muir to continue the jury trial currently set for November 23, 2026, and extend all associated deadlines and hearings for a period of not less than ninety days.

The Court finds that the ends of justice served by granting this Motion outweigh the public's and the Defendant's interests in a speedy trial, particularly because a failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary to review discovery and effectively prepare for trial, taking into account the exercise of due diligence. The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

This motion is herein and hereby GRANTED.

It is so ordered.

____________________________________
UNITED STATES MAGISTRATE JUDGE