**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:26-CR-89-PPS-JEM |
| | ) | |
| DANIEL TRAVANTI MUIR, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on an Unopposed Motion to Continue Jury Trial and Extend all Associated Deadlines and Hearings [DE 22], filed by Defendant on September 22, 2026. Defendant requests a continuance of the jury trial setting to allow time to receive and review discovery, attempt to negotiate a pretrial resolution, and prepare for trial. Counsel represents that Defendant has been advised and agrees that the delay in proceeding to trial occasioned by this continuance is excludable for purposes of the Speedy Trial Act, and further represents that counsel for the Government does not object to the requested extension.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial, in that a failure to grant such a continuance would unreasonably deny Defendant the reasonable assistance of counsel and time necessary for effective preparation for trial, and taking into account the exercise of due diligence, the Court hereby **GRANTS** the Unopposed Motion to Continue Jury Trial and Extend all Associated Deadlines and Hearings [DE 22].

The Court **ORDERS** that the deadline for filing pretrial motions is extended to **January 11, 2027**.

The Court **VACATES** the current final pre-trial conference and jury trial settings. The Court **SETS** the Final Pretrial Conference for **February 5, 2027, at 9:30 a.m.**, before Magistrate

Judge John E. Martin; and for Jury Trial for **February 22, 2027, at 8:30 a.m.** (Central Time), before District Court Judge Philip P. Simon.

Trial counsel are **ORDERED** to submit all pre-trial filings (including but not limited to proposed voir dire, jury instructions, and motions in limine) on or before the Final Pretrial Conference on **February 5, 2027**, and to appear in person for the Final Pretrial Conference.

The Court **REMINDS** the parties that any plea agreement is to be filed in writing with the District Court by **February 15, 2027**. Late pleas may result in the imposition of jury costs against the delaying party(ies) and/or counsel by the District Court.

SO ORDERED this 22nd day of September, 2026.

s/ John E. Martin________________
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record